**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> v. <br> Robert Wilson Stewart, Jr., <br> Defendant. | No. CR-03-00061-001-PHX-JAT <br> CR-00-00698-PHX-JAT <br> **ORDER** |

Previously, this Court denied Defendant's motion for appointment of counsel. Defendant has moved to reconsider that denial. (Doc. 242 in CR 03-0061; Doc. 350 in CR 00-698).

Because this Court determined that this was not the appropriate forum to considered Defendant's letter seeking early release (Doc. 236), the Court denied the request to transfer this case to Judge McKibben (Doc. 240) for lack of jurisdiction. (Doc. 241). The Government now concedes that this Court might have jurisdiction over the letter if certain conditions are met. (Doc. 244). Because the question of jurisdiction is now intertwined with the question of substantive relief, the Court will transfer these cases to the sentencing judge. Accordingly,

/ / /

/ / /

/ / /

/ / /

1    **IT IS ORDERED** that CR 03-0061 and CR 00-698 are transferred to Judge
2    McKibben. The Clerk of the Court shall forward a copy of this Order to Judge McKibben.
3    This Order shall be filed in both cases listed above. The motion for reconsideration (which
4    was filed in both cases) remains pending.
5    Dated this 6th day of June, 2019.

_____
James A. Teilborg
Senior United States District Judge